UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOAL, et al.,<br><br>            Appellants,<br><br>   v.<br><br>SCHOENMANN,<br><br>            Appellee. | Case No. 20-cv-01610-VC<br><br>**ORDER DENYING MOTION TO WITHDRAW REFERENCE**<br><br>Re: Dkt. No. 1 |

It appears likely that this Court will eventually have to adjudicate aspects of this case, and will preside if the case proceeds to a jury trial. But given the specific factual and legal issues presented here, it also appears that the adjudication of several potentially dispositive pretrial issues would benefit from Judge Montali's significant expertise in bankruptcy law and procedure. For the reasons discussed at the hearing, a holistic consideration of the relevant factors does not support withdrawing the reference at this point in the litigation, and the motion to withdraw is therefore denied. *See Sec. Farms v. Int'l Bhd. of Teamsters, Chauffers, Warehousemen & Helpers*, 124 F.3d 999, 1008 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
VINCE CHHABRIA
United States District Judge